# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.   Case Number: 4:19–cr–00693

Leonard Carr

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Leonard Carr as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/12/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Sentencing

Date: March 12, 2022                                             Nathan Ochsner, Clerk